**Dismiss and Opinion Filed July 8, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00265-CR

## RONNIE BANNISTER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 29736-86**

# MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140265F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

RONNIE BANNISTER, Appellant

No. 05-14-00265-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 86th Judicial District
Court, Kaufman County, Texas
Trial Court Cause No. 29736-86.
Opinion delivered per curiam before Justices
Fillmore, Evans, and Lewis.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 8th day of July, 2014.